QUINN EMANUEL URQUHART & SULLIVAN, LLP
David Eiseman (Bar No. 114758)
Brian E. Mack (Bar No. 275086)
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davideiseman@quinnemanuel.com
brianmack@quinnemanuel.com

William Odom (Bar No. 313428)
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017-5003
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamodom@quinnemanuel.com

*Attorneys for Petitioner Mitek Systems, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO MITEK SYSTEMS, INC.<br><br>*Petitioner,*<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION<br><br>*Respondent.* | Case No. 8:21-mc-00012<br><br>**Related to Case No. 2:20-CV-00319-JRG**<br>*Pending in the United States District Court for the Eastern District of Texas*<br><br>**MITEK SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner Mitek Systems, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

The undersigned, counsel of record for Mitek System, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

None.

Dated: March 22, 2021

Respectfully submitted,

*/s/ William Odom*

David Eiseman (Bar No. 114758)
Brian E. Mack (Bar No. 275086)
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davideiseman@quinnemanuel.com
brianmack@quinnemanuel.com

William Odom (Bar No. 313428)
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017-5003
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamodom@quinnemanuel.com

Attorneys for Petitioner
Mitek Systems, Inc.