QUINN EMANUEL URQUHART & SULLIVAN, LLP
David Eiseman (Bar No. 114758)
Brian E. Mack (Bar No. 275086)
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davideiseman@quinnemanuel.com
brianmack@quinnemanuel.com

William Odom (Bar No. 313428)
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017-5003
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamodom@quinnemanuel.com

*Attorneys for Petitioner Mitek Systems, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO MITEK SYSTEMS, INC.<br><br>*Petitioner,*<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION<br><br>*Respondent.* | Case No. 8:21-mc-00012<br><br>**Related to Case No. 2:20-CV-00319-JRG**<br>*Pending in the United States District Court for the Eastern District of Texas*<br><br>**AMENDED NOTICE OF MOTION QUASH USAA'S SUBPOENA, OR IN THE ALTERNATIVE, TRANSFER THE MOTION TO THE EASTERN DISTRICT OF TEXAS**<br><br>Date: April 28, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 6B<br>Judge: Hon. Autumn D. Spaeth |

# AMENDED NOTICE OF MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on Wednesday, April 28, 2021 at 10:00 a.m. in Courtroom 6B before the Hon Autumn D. Spaeth, or as soon thereafter as the matter may be heard, Petitioner/Movant Mitek Systems, Inc. ("Mitek") hereby moves the Court to quash United Services Automobile Association's ("USAA") subpoena *duces tecum* to Mitek, issued in the underlying *United Services Automobile Association v. PNC Bank N.A.*, No. 2:20-cv-00319-JRG (E.D. Tex.), or in the alternative, to transfer the motion to the Eastern District of Texas pursuant to Fed. R. Civ. P. 26 and 45.

Mitek filed and served notice of this motion and the supporting papers on USAA when Mitek initiated this miscellaneous action on March 22, 2021. Now that the action has been assigned to a district and magistrate judge, Mitek files this Amended Notice of Motion to comply with Judge Spaeth's rules and docket calendar.

This motion is made following the conference of counsel pursuant to L.R. 37-1 which took place on March 19, 2021. Both parties consent to the transfer of this motion and action to the Eastern District of Texas where the underlying case is pending. *See* Dkt. 1-1 ¶ 3.

This motion is based on this Amended Notice of Motion; Mitek's Motion to Quash USAA's Subpoena or, in the Alternative, Transfer the Motion (Dkt. 1, "Mitek's Motion"); the Memorandum in Support of Mitek's Motion; the Declaration of William Odom, and exhibits thereto; the [Proposed] Order Granting Mitek's Motion; the files and records in this action; and any such additional argument or materials as maybe submitted to the Court before the time of the decision in this matter.

## RELIEF REQUESTED

Mitek respectfully requests that the Court quash or modify USAA's subpoena as identified in the Memorandum (Dkt. 1), or in the alternative, transfer Mitek's Motion to the Eastern District of Texas.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2021 | Respectfully submitted, |
| 2 | | */s/ William Odom* |
| 3 | | David Eiseman (Bar No. 114758)<br>Brian E. Mack (Bar No. 275086)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>davideiseman@quinnemanuel.com<br>brianmack@quinnemanuel.com |
| | | William Odom (Bar No. 313428)<br>865 S Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-5003<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>williamodom@quinnemanuel.com |
| | | Attorneys for Petitioner<br>Mitek Systems, Inc. |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017-2543.

On March 25, 2021, I served true copies of the document(s) described as **AMENDED NOTICE OF MOTION TO QUASH USAA'S SUBPOENA, OR IN THE ALTERNATIVE, TRANSFER THE MOTION TO THE EASTERN DISTRICT OF TEXAS**, on the interested parties in this action as follows:

| | |
|---|---|
| **Ingrid Marie Haslund Petersen**<br>ipetersen@irell.com<br>**Lisa Sharrock Glasser**<br>lglasser@irell.com<br>**Rebecca L. Carson**<br>rcarson@irell.com<br>**Stephen M Payne**<br>spayne@irell.com<br>IRELL & MANELLA - NEWPORT BEACH<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>*Attorneys for United Services Automobile Association* | **Jason G Sheasby**<br>jsheasby@irell.com<br>IRELL & MANELLA LLP - LOS ANGELES<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>**Robert Christopher Bunt**<br>rcbunt@pbatyler.com<br>PARKER BUNT & AINSWORTH<br>100 E Ferguson, Suite 418<br>Tyler, TX 75702<br>Telephone: (903) 531-3535<br><br>*Attorneys for United Services Automobile Association* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on the agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address williamodom@quinnemanuel.com to the persons at the e-mail addresses listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court.

Executed on March 25, 2021, at Los Angeles, California.

/s/ *William Odom*
William Odom